1
2
3
4
5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8    JONATHAN MANUEL,

9        Plaintiff,

10       v.                                              Case No. C15-417RSL

11   RECEIVABLES PERFORMANCE                             ORDER OF DISMISSAL
     MANAGEMENT, LLC.,
12

13       Defendant.

14

15       On May 28, 2015, the Court issued an Order Granting Motion to Withdraw as

16   Atty of Record for Plaintiff, Dkt. # 13.  Former counsel provided to the Court plaintiff's last

17   known address.  The Order Granting Motion to Withdraw as Attorney of Record was mailed to

18   plaintiff, but was returned unopened on July 22, 2015, Dkt. # 19, as plaintiff apparently no

19   longer resides at the address on file with the Court.  On July 8, 2015, the Court issued an Order

20   to Show Cause for failure to file a Joint Status Report, Dkt. # 14.  That Order was returned

21   unopened on August 17, 2015, Dkt. # 22.  On July 31, 2015, the Court issued an Order to Show

22   Cause for failure to prosecute, Dkt. # 20.  That Order was returned unopened on September 3,

23   2015, Dkt. # 23.

24       Local Civil Rule 41(b)(2) requires parties to notify the court of any change of

25   current mailing address or email address.  Local Rule 41(b)(2) further provides that "[i]f mail

26   directed to a pro se plaintiff by the clerk is returned by the Postal Service, or if email is

ORDER OF DISMISSAL - 1

1  returned by the internet service provider, and if such plaintiff fails to notify the court and

2  opposing parties within 60 days thereafter of his or her current mailing or email address, the

3  court may dismiss the action without prejudice for failure to prosecute."

4          ACCORDINGLY, because the Court finds that plaintiff has failed to prosecute

5  this case by failing to notify the Court of his new address, it is hereby ORDERED that this

6  action is DISMISSED without prejudice.

7          DATED this 1st day of October, 2015.

8

9

10

11                                                          Robert S. Lasnik
                                                            United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER OF DISMISSAL - 2